IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
FORT SMITH DIVISION

ELIZABETH A CARPENTER                                          PLAINTIFF

v.                              CIVIL NO. 04-2271

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                 DEFENDANT

### ORDER

On this 5th day of May, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on April 17, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,418.96, representing 17.75 hours of work at a rate of $125.00 per hour and $200.21 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 5 2006

CHRIS R. JOHNSON, CLERK

BY           DEPUTY CLERK

A072A
(Rev. 8/82)